IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARY R. CROOK**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:09-CV-162-L** |
| | § | |
| **TEXAS INSTRUMENT**, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the court is Plaintiff's Pro Se Complaint ("Complaint"), filed January 26, 2009. Pursuant to Special Order 3-251, the complaint was referred to United States Magistrate Judge Jeff Kaplan. On February 10, 2009, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. Plaintiff filed objections to the Report on February 12, 2009.

This is a *pro se* age discrimination action. The magistrate judge found that Plaintiff's claims are barred by *res judicata* and that she therefore fails to state a claim upon which relief can be granted. Although Plaintiff's February 12, 2009 filing was docketed as an objection to the Report, the document merely explains why Plaintiff filed this action and requests that the court not dismiss it. Because no objections have been raised, the court will base its determination on the record and applicable law. Having reviewed the complaint, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's complaint as barred by *res judicata*.

**It is so ordered** this 24th day of February, 2009.

　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　United States District Judge